

# United States District Court
# Eastern District of California

| Amelia J. Sanger | Case Number: | 2:25-CV-03631-DC-CSK |
| --- | --- | --- |

Plaintiff(s)

V.

| Sutter Health, et al., |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Christina Pyle Engle

hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Cindy Phun, LCSW

On _____09/30/2011_____ (date), I was admitted to practice and presently in good standing in the

_____Kansas_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____05/26/2026_____

Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Christina Pyle Engle

Law Firm Name: Husch Blackwell LLP

Address: 4801 Main Street

Suite 1000

City: Kansas City    State: MO    Zip: 64112

Phone Number w/Area Code: (816) 983-8382

City and State of Residence: Lenexa, Kansas

Primary E-mail Address: Christina.Engle@huschblackwell.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Shayan Heidarzadeh

Law Firm Name: Husch Blackwell LLP

Address: 1999 Harrison Street

Suite 1300

City: Oakland    State: CA    Zip: 94612

Phone Number w/Area Code: (510) 768-0650    Bar # 299915

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/2/2026

Dena Coggins
United States District Judge